UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | | |
|---|---|---|
| BESSIE McCAFFREY, | : | ECF |
| Plaintiff, | : | 07 Civ. 0313 (DC) |
| - against - | : | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)** |
| JP MORGAN CHASE, | : | |
| Defendant. | : | |

------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by and among the parties, Bessie McCaffrey and JPMorgan Chase Bank, N.A., incorrectly named herein as JP Morgan Chase, that the above-captioned matter be dismissed in its entirety, with prejudice, and with no award of counsel fees or costs to either side.

Dated: November 4, 2008

LIDDLE & ROBINSON, L.L.P.

By: _____
Michael Grenert, Esq.
Christine Palmieri, Esq.
800 Third Avenue
New York, New York 10022
(212) 687-8500
mgrenert@liddlerobinson.com
cpalmieri@liddlerobinson.com

Attorneys for Plaintiff

Dated: *October 30*, 2008

                                        JPMORGAN CHASE LEGAL AND
                                        COMPLIANCE DEPARTMENT

                                        By: _____
                                                 Frederic L. Lieberman, Esq.
                                        Attorneys for Defendant
                                        One Chase Manhattan Plaza, Floor 26
                                        New York, New York 10081
                                        (212) 552-1815
                                        frederic.l.lieberman@jpmchase.com

So Ordered:

_____, 2008


_____
Hon. Denny Chin, U.S.D.J.